AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 3:14mj-045 | Date and time warrant executed: 2/18/2014, 7:30 AM | Copy of warrant and inventory left with: Postmaster |
| Inventory made in the presence of : |||

*Inventory of the property taken and name of any person(s) seized:*

Parcel contained approximately 1 pound 1.4 ounces of a green leafy substance that field tested positive for Marijuana.

## Certification

*I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date: 2/18/2014

Executing officer's signature

S. McDonough, Postal Inspector
*Printed name and title*